O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR A. CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>        Defendants. | Case No. EDCV 09-01479-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Corp. 2005-WMC1 who acquired title as U.S. Bank National Association as Trustee, is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 21, 2009

                                                            /s/ Virginia A. Phillips<br>
                                                         VIRGINIA A. PHILLIPS<br>
                                                         United States District Judge