**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR A. CRUZ, ) Plaintiff, ) v. ) U.S. BANK NATIONAL ) ASSOCIATION, et al., ) Defendants. ) | Case No. EDCV 09-1479-VAP (OPx)  **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 17, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge